NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MICHAEL COLE ROPER, *Petitioner*.

No. 1 CA-CR 23-0528 PRPC

FILED 11-05-2024

Petition for Review from the Superior Court in Maricopa County
No. CR2009-006254-003
The Honorable Kevin B. Wein, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Phillip D. Garrow
*Counsel for Respondent*

Michael Cole Roper, Tucson
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Cynthia J. Bailey, Judge Anni Hill Foster, and Judge Angela K. Paton delivered the decision of the Court.

---

**PER CURIAM**:

¶1            Petitioner Michael Cole Roper seeks review of the superior court's order denying his petition for post-conviction relief.   This is petitioner's second petition.

¶2            Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3            We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.   We find that petitioner has not established an abuse of discretion.

¶4            We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:    AGFV

2